No. 89–5792.   TUTINO v. UNITED STATES; and

No. 89–5878. GUARINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 883 F. 2d 1125.